United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

VINCENT LEE SALIH,
Plaintiff,
v.
FREMONT POLICE DEPARTMENT, et al.,
Defendants.

Case No. 26-cv-07927-CRB

**ORDER DISMISSING CASE**

The Court previously issued an order to show cause ("OSC") for why this case should not be dismissed, as it brought the same claims as an action previously dismissed with prejudice. Order (dkt. 5). The Court warned Plaintiff that a failure to respond to the OSC would be considered a failure to comply with the Court's order and warrant dismissal. Plaintiff has failed to respond as directed. Accordingly, the Court exercises its inherent power to dismiss this action sua sponte. See Fed. R. Civ. P. 41(b); see also Yourish v. Cal. Amplifier, 191 F.3d 983, 987 (9th Cir. 1999) (dismissal for failure to comply with court orders).

**IT IS SO ORDERED.**

Dated: August 24, 2026

CHARLES R. BREYER
United States District Judge